**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand and fifteen.

Before:     Robert A. Katzmann,
                  *Chief Judge,*
            John M. Walker, Jr.,
            Denny Chin,
                  *Circuit Judges.*

_____

Carlos Vega,

    Plaintiff - Appellant,

v.

Hempstead Union Free School District, Chy Davidson, and Dagoberto Artiles (sued in their individual capacities pursuant to 42 U.S.C. 1983),

    Defendants - Appellees.

**JUDGMENT**

Docket No. 14-2265

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/25/2015